**WILSHIRE LAW FIRM, PLC**
Bobby Saadian (SBN 250377)
Email: bobby@wilshirelawfirm.com
Justin F. Marquez (SBN 262417)
Email: justin@wilshirelawfirm.com
Nicol E. Hajjar (SBN 303102)
Email: nicol@wilshirelawfirm.com
Thiago M. Coelho (SBN 324715)
Email: thiago@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Robert Dart (SBN 264060)
Email: rdart@wilshirelawfirm.com
Patty W. Chen (SBN 322992)
Email: patty@wilshirelawfirm.com

Attorneys for Plaintiff
IRMA FRAUSTO

**McGuireWoods LLP**
Michael D. Mandel (SBN 216934)
Email:  mmandel@mcguirewoods.com
Kerri H. Sakaue (SBN 301043)
Email:  ksakaue@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA  90067-1501
Telephone: 310.315.8200
Facsimile:  310.315.8210

Sylvia J. Kim (SBN 258363)
Email:  skim@mcguirewoods.com
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111
Telephone: 415.844.9944
Facsimile:  415.844.9922

Attorneys for Defendant
BANK OF AMERICA, N.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA FRAUSTO, individually, and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a business entity, form unknown; and DOES 1 through 10, inclusive,<br><br>           Defendants. | CASE NO.  3:18-cv-01983-LB<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**<br><br>Date:           May 16, 2019<br>Time:          11:00 a.m.<br>Courtroom:  B – 15th Floor<br>Judge:         Hon. Laurel Beeler |

116255870.2

Pursuant to the Court's Minute Entry For Further Case Management Conference [Dkt. #75], Plaintiff IRMA FRAUSTO ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("Defendant") (together, the "Parties") respectfully submit the following Joint Further Case Management Statement in advance of the May 16, 2019 Further Case Management Conference.

On April 4, 2019, the Parties stipulated to continue the dates and deadlines set forth in the Case Management Schedule by approximately thirty (30) days, which the Court granted on April 8, 2019 by issuing an updated Case Management Schedule. *See* Dkt. #76, #77. The Parties participated in private mediation on April 22, 2019. Plaintiff's deposition was taken on May 7, 2019. The Parties are currently on track to meet the deadlines in the Court's updated Case Management Schedule.

Date: May 9, 2019               **WILSHIRE LAW FIRM, PLC**

                                By:   /s/ Justin F. Marquez
                                      Bobby Saadian
                                      Justin F. Marquez
                                      Nicol Hajjar
                                      Thiago M. Coelho
                                      Robert Dart
                                      Patty W. Chen
                                Attorneys for Plaintiff
                                IRMA FRAUSTO

Date: May 9, 2019               **MCGUIREWOODS LLP**

                                By:   /s/ Sylvia J. Kim
                                      Michael D. Mandel
                                      Sylvia J. Kim
                                      Kerri H. Sakaue
                                Attorneys for Defendant
                                BANK OF AMERICA, N.A.

1  I attest that all signatories listed above, and on whose behalf this Stipulation is submitted, have
2  concurred in and authorized the filing of the Stipulation.
3
4                                       /s/ Sylvia J. Kim
                                         SYLVIA J. KIM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 9, 2019, at San Francisco, California.

*/s/ Sylvia J. Kim*
SYLVIA J. KIM

116255870.2

3

JOINT FURTHER CASE MANAGEMENT STATEMENT